UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY L. DEWITT, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>HUMANA INSURANCE COMPANY, a Wisconsin corporation, and Does 1 through 10, inclusive,<br><br>   Defendants. | Civil Action No. 09 CV 2818 JM (NLS)<br><br>Hon. Jeffrey T. Miller<br><br>**ORDER FOR DISMISSAL** |

On joint motion of the parties and good cause appearing, it is hereby ordered that the above-captioned matter is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 12 , 2010

_____
HON. JEFFREY T. MILLER
United States District Judge